# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 09-03038-01-CR-S-RED |
| | ) | |
| PHILLIP M. BRUMFIELD, | ) | |
| | ) | |
| Defendant . | ) | |

## ORDER

The United States Magistrate Judge has filed a Report and Recommendation that the defendant be declared competent to stand trial. No objections have been filed. It is therefore ORDERED that the defendant be declared competent to stand trial.

>  */s/ Richard E. Dorr*
>  **RICHARD E. DORR**
>  **UNITED STATES DISTRICT JUDGE**

Date: October 6, 2009